**2003–1207.   Cincinnati Gas & Elec. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 03–1145–EL–GAG. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–0563.   Cincinnati Gas & Elec. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 01–2164–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.